THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL REZZIO, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL BERSIN, Respondent, v. WESER BROS., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

KATARYNA LOTOCKA, as Administratrix, etc., of ALEX LOTOCKA, Deceased, Respondent, v. ELEVATOR SUPPLIES COMPANY and Others, Defendants, Impleaded with GEO-TED REALTY CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

KATARYNA LOTOCKA, as Administratrix, etc., of ALEX LOTOCKA, Deceased, Respondent, v. ELEVATOR SUPPLIES COMPANY, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ABRAHAM D. COHEN and Another, Respondents, Appellants, v. E. & J. BASS, INC., Appellant, Respondent.— Order modified by directing judgment in favor of the plaintiffs in the sum of $2,972.90, the amount of the judgment in the action brought by Johanna Tanenbaum against these plaintiffs, with interest thereon from May 18, 1926, together with the costs of this action to be taxed; and as so modified affirmed, with ten dollars costs and disbursements to the plaintiffs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOUISA ALGAZI, Respondent, v. EDWARD DENBOSKY and Others, Executors and Trustees, etc., of MORRIS DENBOSKY, Deceased, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

VICTOR ALGAZI, Respondent, v. EDWARD DENBOSKY and Others, Executors and Trustees, etc., of MORRIS DENBOSKY, Deceased, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GUISEPPE YACONI, Respondent, v. BRADY & GIOE, INC., Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARIAN BUTLER, an Infant, etc., Appellant, v. ABRAHAM SOKOLOW, Respondent.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that there was an issue of fact with respect to the negligence of the defendant and the contributory negligence of the infant plaintiff. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Merrell, J., dissents on the ground that in his opinion no sufficient act of negligence of the defendant was shown, and further that it did not appear that the automobile which struck the infant plaintiff was the automobile of the defendant.

MICHAEL BUTLER, Appellant, v. ABRAHAM SOKOLOW, Respondent.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that there was an issue of fact with respect to the negligence of the defendant and the contributory negligence of the infant plaintiff. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Merrell, J., dissents on the ground that in his opinion no sufficient act of negligence of the defendant was shown, and further that it did not appear that the automobile which struck the infant plaintiff was the automobile of the defendant.

45